# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MERON TESFAY YEBIO,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:19-cv-00075-AKK - HNJ |
| **WILLIAM BARR, et al.,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 24, 2019, the magistrate judge filed a report recommending this action be dismissed without prejudice as moot. Doc. 14. The magistrate judge advised Petitioner of his right to file specific written objections to the report within fourteen (14) days, and no objections have been received by the court. *Id.* at 2-3.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed. A separate order will be entered.

**DONE** the 17th day of June, 2019.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE